# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-102-604**
Effective Date of Registration:
April 16, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   January 18, 2015 to December 29, 2015

## Title

| | |
|---|---|
| **Title of Group:** | John Curtis Rice 2015 Photographs |
| **Number of Photographs in Group:** | 172 |
| • **Individual Photographs:** | 01.18.15, NYC subway, Rice.jpg, 01.18.15, subway camera 1, Rice.jpg, 01.18.15, subway camera 2, Rice.jpg, 01.18.15, subway camera 3, Rice.jpg, 01.25.15, Grande Harvest Wines, Rice.jpg, 01.25.15, Thomas A. Edison HS, Rice.jpg, |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 02.01.15, Ann Legra, Rice.jpg, 02.08.15, Stores, Rice.jpg, 02.15.15, Clock, Rice.jpg, 02.15.15, Otalia Johns, Rice.jpg, 02.15.15, Peter Zephyrin, Rice.jpg, 02.15.15, Queens apartment, Rice.jpg, 02.15.15, Ralph Friedman 1,Rice.jpg, 02.15.15, Ralph Friedman 2, Rice.jpg, 02.15.15, Ralph Friedman 3, Rice.jpg, 02.15.15, Ralph Friedman 4, Rice.jpg, 02.15.15, Robert DiMartini, Rice.jpg, |
| **Published:** | February 2015 |
| • **Individual Photographs:** | 03.01.15, St. Francis of Assisi 1, Rice.jpg, 03.01.15, St. Francis of Assisi 2, Rice.jpg, 03.04.15, Yvonne Guillen, Rice.jpg, 03.18.15, Tyeesha Mobley & sons, Rice.jpg, 03.22.15, Beekeeper, Rice.jpg, 03.22.15, Rachelle Legions 1, Rice.jpg, 03.22.15, Rachelle Legions 2, Rice.jpg, 03.22.15, Subway, Rice.jpg, 03.29.15, Ronald Fliegelman 1, Rice.jpg, |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 03.29.15, Ronald Fliegelman 2, Rice.jpg, |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 04.05.15, Apartment, Rice.jpg, 04.10.15, Garage synagogue, Rice.jpg, 04.13.15, Michelle Trebitsch, Rice.jpg, 04.18.15, Mario's Restaurant, Rice.jpg, 04.26.15, Baseball fans, Rice.jpg, 04.26.15, Louis Scarcella, Rice.jpg, 04.26.15, Mets fans, Rice.jpg, 04.26.15, Yankees fans, Rice.jpg, |
| **Published:** | April 2015 |
| • **Individual Photographs:** | 05.03.15, Wild Ginger's salad, Rice.jpg, |
| **Published:** | May 2015 |
| • **Individual Photographs:** | 05.03.15, Jujube Tree Restaurant, Rice.jpg, 05.03.15, Jujube Tree's avo salad, Rice.jpg, 05.03.15, Jujube Tree's dumplings, Rice.jpg, 05.03.15, Jujube Tree's |

|   |   |   |
|---|---|---|
|   |   | salad, Rice.jpg, 05.03.15, Rebecca Wax, Rice.jpg, 05.03.15, Wild Ginger restaurnant, Rice.jpg, 05.03.15, Wild Ginger's avo salad, Rice.jpg, 05.03.15, Wild Ginger's dumplings, Rice.jpg, 05.09.15, 620 Turtles, Rice.jpg, 05.09.15, Cramer's turtles, Rice.jpg, 05.09.15, Lorri Cramer, Rice.jpg, 05.09.15, Turtles, Rice.jpg, 05.17.15, Apartment, Rice.jpg, 05.17.15, Basset Hound, Rice.jpg, 05.17.15, Cory McPherson, Rice.jpg, 05.17.15, Judith Beauchamp, Rice.jpg, 05.17.15, LaGuardia baseball 1, Rice.jpg, 05.17.15, LaGuardia baseball 2, Rice.jpg, 05.17.15, Mean notes, Rice.jpg, 05.20.15, Empty lot, Rice.jpg, 05.21.15, Trinity School, Rice.jpg, 05.21.17, Trinity School 2, Rice.jpg, 05.24.15, Moms of PS 90, Rice.jpg, 05.24.15, PS 120 carnival 1, Rice.jpg, 05.24.15, PS 120 carnival 2, Rice.jpg, 05.24.15, Sharon Soper, Rice.jpg, 05.25.15, school carnival, Rice.jpg, 05.31.15, Floyd Mayweather jewelry, Rice.jpg, 05.31.15, Floyd Mayweather, Rice.jpg, 05.31.15, Jewelry, Rice.jpg, 05.31.15, List, Rice.jpg, 05.31.15, Mayweather at Pristine Jewelers, Rice.jpg, 05.31.15, Mayweather, Rice.jpg, 05.31.15, Ring, Rice.jpg, 05.31.15, Stevie Phillips 1, Rice.jpg, 05.31.15, Stevie Phillips 2, Rice.jpg, 05.31.15, Stevie Phillips 3, Rice.jpg, 05.31.15, Watches, Rice.jpg, |
|   | **Published:** | May 2015 |
| • | **Individual Photographs:** | 06.07.15, Brianna Perez, Rice.jpg, 06.07.15, Girl and Violin, Rice.jpg, 06.07.15, Janice Paganelli 1, Rice.jpg, 06.07.15, Janice Paganelli 2, Rice.jpg, 06.07.15, Joseph Feingold, Rice.jpg, 06.07.15, Tommy Doerr, Rice.jpg, 06.07.15, Violin, Rice.jpg, 06.14.15, Maria Zachmanoglou 2, Rice.jpg, 06.14.15, Maria Zachmanoglou, Rice.jpg, 06.21.15, Alishia Noel, Rice.jpg, |
|   | **Published:** | June 2015 |
| • | **Individual Photographs:** | 07.05.15, Abandoned home, Rice.jpg, 07.05.15, Home, Rice.jpg, 07.05.15, Jack O'Connell, Rice.jpg, 07.05.15, Vacant house, Rice.jpg, 07.07.15, 425 Park Ave, Rice.jpg, 07.12.15, Richmond Hill HS, Rice.jpg, 07.19.15, Cabbie Eugene Salomon, Rice.jpg, 07.19.15, Maria Rosado, Rice.jpg, 07.19.15, Salomon's Taxi Tv, Rice.jpg, 07.19.15, Taxi and Driver, Rice.jpg, 07.19.15, Taxi Tv, Rice.jpg, 07.26.15, Jeanette Hernandez, Rice.jpg, |
|   | **Published:** | July 2015 |
| • | **Individual Photographs:** | 08.02.15, Bryant HS, Rice.jpg, 08.02.15, Food truck, Rice.jpg, 08.02.15, Souvlaki truck, Rice .jpg, 08.03.15, Bryant HS, Rice.jpg, 08.09.15, Lilac Nail Salon, Rice.jpg, 08.16.15, Park, Rice.jpg, 08.30.15, Rustico Aala, Rice.jpg, 08.30.15, Topless model 1, Rice.jpg, 08.30.15, Topless model 2, Rice.jpg, |
|   | **Published:** | August 2015 |
| • | **Individual Photographs:** | 09.06.15, Homeless, Rice.jpg, 09.07.15, Homeless NYC 1, Rice.jpg, 09.07.15, Homeless NYC 2, Rice.jpg, 09.07.15, Homeless NYC 3, Rice.jpg, 09.14.15, Saul Roth, Rice.jpg, 09.27.15, mechanics students, Rice.jpg, |
|   | **Published:** | September 2015 |
| • | **Individual Photographs:** | 10.03.15, Peter Szuchy, Rice.jpg, 10.03.15, Sibling Mets fans, Rice.jpg, 10.04.15, Father George Passias, Rice.jpg, 10.04.15, George Passias, Rice.jpg, 10.05.15, George Passias & Edith Bouzalas, Ric.jpeg, 10.11.15, Castlewood School, Rice.jpg, 10.11.15, Michael Faust, Rice.jpg, 10.24.15, Broadies Byas, Rice.jpg, 10.26.15, Hector Vasquez-Cruz, Rice.jpg, |
|   | **Published:** | October 2015 |
| • | **Individual Photographs:** | 11.01.15, Orthodox priest & mistress, Rice.jpg, 11.07.15, Natalia Perez, Rice.jpg, 11.07.15, Nyanna Aquil funeral, Rice.jpg, 11.08.15, MS 206, Rice.jpg, 11.15.15, Columbia rally 1, Rice.jpg, 11.15.15, Columbia rally 2, Rice.jpg, 11.24.15, Maria del Carmen Arroyo, Rice.jpg, 11.29.15, Santiago Taveras 1, Rice.jpg, 11.29.15, Santiago Taveras 2, Rice.jpg, |



|  |  |
|---|---|
| **Published:** | November 2015 |
| • **Individual Photographs:** | 12.01.15, vagrant at park, Rice.jpg, 12.06.12, Alan Boss, Rice.jpg, 12.06.15, Flea Market 1, Rice.jpg, 12.06.15, Flea Market 2, Rice.jpg, 12.06.15, Helene Boss, Rice.jpg, 12.08.15, Car crash, Rice.jpg, 12.13.15, Bocci + Bii Boutique, Race.jpg, 12.13.15, Carnegie Deli, Rice.jpg, 12.13.15, Ciccarone Park tree, Rice.jpg, 12.13.15, Cops and vagrant, Rice.jpg, 12.13.15, Domingo Reyes & dog, Rice.jpg, 12.13.15, Jennifer Lastra & dog, Rice.jpg, 12.13.15, Tuci italia, Rice.jpg, 12.13.15, WTC relic 1, Rice.jpg, 12.13.15, WTC relic 2, Rice.jpg, 12.13.15, WTC relic 3, Rice.jpg, 12.13.15, WTC relic 4, Rice.jpg, 12.20.15, Ahmed Hassona, Rice.jpg, 12.20.15, Couple, Rice.jpg, 12.20.15, Fighting corner, Rice.jpg, 12.20.15, Lehman High School, Rice.jpg, 12.27.15, Applebees, Rice.jpg, 12.27.15, Bubba Gump Shrimp, Rice.jpg, 12.27.15, Confetti wishes 1, Rice.jpg, 12.27.15, Confetti wishes 2, Rice.jpg, 12.27.15, Confetti wishes 3, Rice.jpg, 12.27.15, Confetti wishes 5, Rice.jpg, 12.27.15, Confetti wishes 6, Rice.jpg, 12.27.15, Confetti wishes 7, Rice.jpg, 12.27.15, Confetti wishes 8, Rice.jpg, 12.27.15, Confetti wishes 9, Rice.jpg, 12.27.15, Confetti wishes 10, Rice.jpg, 12.27.15, Confetti wishes 11, Rice.jpg, 12.27.15, Confetti wishes 12, Rice.jpg, 12.27.15, Confetti wishes 13, Rice.jpg, 12.27.15, Confetti wishes 14, Rice.jpg, 12.27.15, Confetti wishes 15, Rice.jpg, 12.27.15, Confetti wishes 16, Rice.jpg, 12.27.15, Confetti wishes 17, Rice.jpg, 12.27.15, Confetti wishes 18, Rice.jpg, 12.27.15, Olive Garden, Rice.jpg, 12.27.15, Ruby Tuesday, Rice.jpg, 12.29.15, Olive Garden, Rice.jpg, |
| **Published:** | December 2015 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 29, 2015 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | John Curtis Rice |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | John Curtis Rice
777 Kappock Street, Bronx, NY, 10463, United States |

## Certification

|  |  |
|---|---|
| **Name:** | Richard Liebowitz |
| **Date:** | April 16, 2018 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

**Registration #:** VA0002102604
**Service Request #:** 1-6496266302

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

