# EXHIBIT C





# Top 3 Firefighter and First Responder stories of 2015 are quite memorable

By **Staff Writer** -   December 28th, 2015

As we take a look back at 2015, firefighters and first responders have been very busy this year responding to different types of emergencies throughout the year as well as making the headlines themselves.  If you missed them, here are our 3 most read stories of 2015.  Enjoy, Share and have a Happy New Year!

**1. Driver thrown from car lands on freeway sign 20 feet up**

Who can forget this image?



*A driver landed on a freeway sign following an accident. Image credit: Screenshot from video*

Click here for the story:  http://www.firefightingnews.com/driver-thrown-from-car-lands-on-freeway-sign-20-feet-up/

**Your privacy is important to us**

We do not collect personally identifiable information from our visitors. We may however, collect non-sensitive information, including by the use of cookies by our partners and ourselves. You can manage your privacy settings to fully control what information is being collected. For more information on our data policies, please visit our Privacy Policy.

Manage my choices     ACCEPT

## 2. Woman to become first FDNY firefighter who failed physical fitness test

Remember her?



*She's the woman who failed the crucial physical-fitness test but was still allowed to graduate. Image credit: J.C. Rice*



3. **4,400 firefighters sue siren maker over their hearing loss**

Were your truck's sirens safe?



*File Photo. Photo credit: FDNY Facebook*

Click here for the story: http://www.firefightingnews.com/4400-firefighters-sue-siren-maker-hearing-loss/

© 2015 Bright Mountain Media, Inc.

All rights reserved. The content of this webpage may not be reproduced or used in any manner whatsoever without the express written consent of Bright Mountain Media, Inc. which may be contacted at info@brightmountainmedia.inc.

*If you have any problems viewing this article, please report it here.*







**Staff Writer**