UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CURTIS RICE<br><br>                    Plaintiff,<br><br>v.<br><br>BRIGHT MOUNTAIN MEDIA, INC.<br><br>                    Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Case No.: 1:18-cv-6057-ENV-RER |

      IT IS HEREBY NOTICED that a settlement has been reach and that this action should be voluntarily dismissed with prejudice.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: July 29, 2019
*Attorneys for Plaintiff*