FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ JUL 31, 2019

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOHN CURTIS RICE

          Plaintiff,

v.

BRIGHT MOUNTAIN MEDIA, INC.

          Defendant.

---

NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))

Case No.: 1:18-cv-6057-ENV-RER

IT IS HEREBY NOTICED that a settlement has been reach and that this action should be voluntarily dismissed with prejudice.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: July 29, 2019
*Attorneys for Plaintiff*

---

The Clerk is directed to close this case.

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 7/30/19

/S/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge